#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HOLLY BROWN | * | CIVIL ACTION NO._____ |
| PLAINTIFF, | * | |
| | * | |
| v. | * | |
| | * | COMPLAINT AND |
| NORTHSTAR LOCATION | * | DEMAND FOR A JURY TRIAL |
| SERVICES, LLC. | * | |
| DEFENDANT | * | |

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

HOLLY BROWN ("Plaintiff"), through her attorneys, KROHN & MOSS, LTD., alleges the following against NORTHSTAR LOCATION SERVICES, LLC ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Louisiana, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in New Orleans, Orleans Parish, Louisiana.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a debt collection company with its headquarters in Cheektowaga, New York.

## FACTUAL ALLEGATIONS

10. Defendant is attempting to collect from Plaintiff on a debt allegedly owed to Bank of America.

11. On February 10, 2011 at 6:52 p.m., Defendant's representative, Steve Tasker ("Tasker"), informed Plaintiff's brother, Dylan Bourge ("Bourge"), that he is with collections.

12. During this phone call, Tasker told Bourge to inform Plaintiff that she could either work out payment with Defendant or with Bank of America.

13. Tasker also told Bourge to inform Plaintiff that her legal representative could call him.

14. Finally, Tasker told Bourge that his number is 1-866-677-2569 ext.1443.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(b)* of the FDCPA by communicating information about the debt to a third party without the Plaintiff's permission.

    b. Defendant violated *§1692e* of the FDCPA by using false, deceptive or misleading representation or means in connection with the collection of the alleged debt.

    c. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in its initial and subsequent communications with Plaintiff that it is a debt collector attempting to collect a debt and that any information obtained will be used for that purpose.

WHEREFORE, Plaintiff, HOLLY BROWN, respectfully requests judgment be entered against Defendant, NORTHSTAR LOCATION SERVICES, LLC for the following:

16. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*, and

18. Any other relief that this Honorable Court deems appropriate.

                RESPECTFULLY SUBMITTED,

Dated: <u>April 6, 2011</u>      By: <u>/s/ Kelli Denise Mayon</u>
                                  Kelli Denise Mayon, Esq.
                                  4429 Herrmann Street, Apt. D
                                  Metairie, LA 70006
                                  Telephone: (504) 401-0533
                                  Attorney for Plaintiff
                                  kellimayon@gmail.com

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, HOLLY BROWN, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF LOUISIANA

Plaintiff, HOLLY BROWN, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, HOLLY BROWN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_3-9-11_
Date

_Holly Brown_
HOLLY BROWN