## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HOLLY BROWN | * | CIVIL ACTION NO. |
| PLAINTIFF, | * | 2:11-cv-00730-MLCF- DEK |
| | * | |
| v. | * | |
| | * | NOTICE OF SETTLEMENT |
| NORTHSTAR LOCATION | * | |
| SERVICES, LLC. | * | |
| DEFENDANT | * | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, HOLLY BROWN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                          Respectfully Submitted,

Dated: April 18, 2011            By: /s/ Kelli Denise Mayon
                                            Kelli Denise Mayon, Esq.
                                            4429 Herrmann Street, Apt. D
                                            Metairie, LA 70006
                                            Telephone: (504) 401-0533
                                            Attorney for Plaintiff
                                            kellimayon@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served via ELECTRONIC MAIL upon the following:

Linda M. Leising
Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225
lleising@northstarlocation.com

Dated: April 18, 2011            By: /s/ Kelli Denise Mayon
                                                       Kelli Denise Mayon, Esq.